UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MARCUS KANARD PAYNE )
)
Plaintiff(s) )
)
v. )  Case No: 05-2310 – MI P
)
THE STATE OF TENNESSEE, TIPTON )
COUNTY, TENNESSEE, TIPTON COUNTY )
SHERIFF, C.D. LEWIS, in his Official Capacity, )
CAPTAIN J.B. MITCHELL, in his Official )
Capacity and Other Unknown Employees of the )
TIPTON COUNTY JUSTICE CENTER/JAIL )
Individually and in their Official Capacity )
)
Defendant(s) )

FILED BY ___ D.C.
05 MAY 17 PM 4:45
ROBERT R. DI TROLIO
CLERK U.S. DIST. CT.
W.D. OF TN, MEMPHIS

## ORDER GRANTING THE EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING TO DEFENDANTS

Upon motion of the Defendant, Tipton County, Tennessee, to extend time to file a responsive pleading, statements of counsel for this Defendant, and the entire record, it is,

ORDERED that the Defendant, Tipton County, Tennessee is granted an extension of time to file a responsive pleading, with said responsive pleadings to be served on or before ~~July 28,~~ June 18 2005 (TMP)

DATED: This the 17 day of May, 2005.

_____
U.S. MAGISTRATE JUDGE TU M. PHAM

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-18-05





# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02310 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

Danese K. Banks
COCHRAN CHERRY GIVENS SMITH & BOLTON
One Commerce Square
Ste. 2600
Memphis, TN 38103

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable Jon McCalla
US DISTRICT COURT