IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUN 15 PM 2: 57

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| MARCUS KANARD PAYNE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civ. No. <u>05-2310-M1/P</u> |
| ) | |
| STATE OF TENNESSEE, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER DENYING DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

Before the court is defendant, State of Tennessee's Motion for Enlargement of Time, filed June 8, 2005 (dkt #12). A review of the record reveals that the defendant did not file a certificate of consultation with its motion. Local Rule 7.2 requires that

> "[a]ll motions . . . shall be accompanied by a certificate of counsel . . . affirming that, after consultation between the parties to the controversy, they are unable to reach an accord as to all issues or that all other parties are in agreement with the action requested by the motion." Local Rule 7.2(a)(1)(B). Failure to file a Rule 7.2 certificate "may be deemed good grounds for denying the motion." *Id.*

Therefore, defendant's motion is DENIED, without prejudice.

The defendant may renew its motion by refiling it with a certificate of consultation in compliance with Local Rule 7.2.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

_June 14, 2005_____
Date

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:05-CV-02310 was distributed by fax, mail, or direct printing on June 16, 2005 to the parties listed.

---

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Jennifer L. Brenner
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202

Danese K. Banks
COCHRAN CHERRY GIVENS SMITH & BOLTON
One Commerce Square
Ste. 2600
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT