IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MARCUS KANARD PAYNE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  Case No: 05-2310-Ma/P |
| | ) |
| STATE OF TENNESSEE, et al., | ) |
| | ) |
| Defendants. | ) |

---

### ORDER GRANTING AMENDED MOTION FOR ENLARGEMENT OF TIME

---

Before the court is defendant State of Tennessee's unopposed Amended Motion for Enlargement of Time, filed June 20, 2005 (Dkt #18). The motion is hereby GRANTED. Defendant State of Tennessee shall have up to and including July 15, 2005, to respond to plaintiff's complaint.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

June 21, 2005
Date

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-21-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:05-CV-02310 was distributed by fax, mail, or direct printing on June 21, 2005 to the parties listed.

---

Danese K. Banks
COCHRAN CHERRY GIVENS SMITH & BOLTON
One Commerce Square
Ste. 2600
Memphis, TN 38103

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Jennifer L. Brenner
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202

Honorable Jon McCalla
US DISTRICT COURT