IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED ____ _____

05 JUN 24 PM 4: 5_

CLERK U.S. _____
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| MARCUS KANARD PAYNE, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 05-2310 |
| STATE OF TENNESSEE, et al., | ) ) | |
| Defendants. | ) ) | |

ORDER

It is ORDERED that this matter is hereby transferred to the Honorable Samuel H. Mays in exchange for an equivalent case. The parties shall, on all pleadings and correspondence related to this matter, change the judge's initials in the case number **from** 05-2310-Ml/P **to** 05-2310-Ma/P.

IT IS SO ORDERED this ____ day of June, 2005.

_____
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-27-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:05-CV-02310 was distributed by fax, mail, or direct printing on June 27, 2005 to the parties listed.

---

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Jennifer L. Brenner
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202

Danese K. Banks
COCHRAN CHERRY GIVENS SMITH & BOLTON
One Commerce Square
Ste. 2600
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT