IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MARCUS KANARD PAYNE, )
 )
    Plaintiff, )
 )
v. )
 )
 )    No. 05-2310 Ma/P
TIPTON COUNTY, TENNESSEE, et al., )
 )
    Defendants. )
 )

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

Before the court is a Motion to Dismiss filed on June 17, 2005, by Defendants Tipton County, Tennessee ("the County"), Tipton County Sheriff's Department ("the Department"), Sheriff C.D. Lewis ("Lewis"), in his official capacity, and Captain J.B. Mitchell ("Mitchell"), in his official capacity. In their motion, Defendants assert that the claims against the Department should be dismissed because it is not an entity that can be sued, that the claims against Lewis and Mitchell should be dismissed because an action against them in their official capacity is an action against the County, which is already a party to the suit, and that the demand for punitive damages should be dismissed because such damages are not available against a government entity.

Plaintiff Marcus Kanard Payne ("Payne") filed a response on July 14, 2005, conceding all of Defendants' arguments to be

1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-1-05

27

correct. Therefore, Defendants' Motion to Dismiss the claims against Defendants Tipton County Sheriff's Department, Sheriff C.D. Lewis, in his official capacity, and Captain J.B. Mitchell, in his official capacity is GRANTED. The Motion to Dismiss Payne's demand for punitive damages is also GRANTED.

So ordered this 28th day of November 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:05-CV-02310 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

---

Jennifer L. Brenner
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202

Danese K. Banks
COCHRAN CHERRY GIVENS SMITH & BOLTON
One Commerce Square
Ste. 2600
Memphis, TN 38103

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable Samuel Mays
US DISTRICT COURT